UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>vs.<br>DWAYNE BAEZ,<br>              Defendant. | No. 12-cr-6025-EFS-1<br><br>ORDER FOLLOWING:<br>☐ INITIAL APPEARANCE<br>☐ ARRAIGNMENT<br>☐ PRETRIAL RELEASE<br>    REVOCATION HEARING<br>☒ MOTION GRANTED<br>    **(ECF No. 244)**<br>☐ MOTION DENIED<br>    **(ECF No. \_\_\_\_)**<br>☐   ACTION REQUIRED |

Date of hearing: 06/21/2013

☐    Complaint

☐    Indictment      ☒    Superseding Indictment

☐    Information

☒    Defendant's motion for action: Pretrial

☐    Petition for action: Post-trial or post-guilty plea, pre-sentencing

☐    Petition for action: Post-conviction

☒    Defendant's motion to modify pre-trial release conditions, **ECF No. 244**, on an expedited basis, ECF No. **245** are both **granted**. Previously ordered conditions of release are modified as follows: defendant is permitted to attend a July 4, 2013 celebration with his family. His curfew on July 4, 2013

ORDER - 1

1  is extended until 12:30 a.m. on July 5, 2013. Defendant remains on GPS
2  monitoring.
3  All other conditions remain.
4  ☐   Other: _____
5  _____
6  DATED June 21, 2013.

<u>s/James P. Hutton</u><br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2