UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-6025-EFS-1 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION |
| ) | TO MODIFY CONDITIONS |
| DWAYNE BAEZ, ) | OF PRETRIAL RELEASE |
| Defendant. ) | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 254).  For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 254) is **GRANTED**.  The Defendant may be away from his residence from 1:00 PM on July 13, 2013 to 12:30 AM on July 14, 2013.

The district court executive is directed to enter this order and provide copies to counsel and United States Probation Office.

DATED this 11th day of July, 2013.

                                               s/James P. Hutton
                                               JAMES P. HUTTON
                                 UNITED STATES MAGISTRATE JUDGE

ORDER - 1