UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-12-6025-EFS-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO MODIFY CONDITIONS |
| DWAYNE BAEZ, | ) | OF PRETRIAL RELEASE |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 259). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec.259) is **GRANTED**. Defendant is permitted to be out of his residence from 12:00 PM August 21, 2013 to 12:00 AM on August 22, 2013, to attend the Benton Franklin Fair & Rodeo.

The district court executive is directed to enter this order and provide copies to counsel and United States Probation Office.

DATED this 13th day of August, 2013.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER                1