UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-6025-EFS-1 |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| DWAYNE BAEZ, | |
| Defendant. | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 273).

For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 273) is **GRANTED**. Defendant is permitted to attend his granddaughter's concert on December 10, 2013. He is authorized to be away from his home that evening from 5:00 PM to 9:00 PM. All other pretrial release conditions remain in full effect.

The district court executive is directed to enter this order and provide copies to counsel and United States Probation Office.

DATED this 5th day of December, 2013.

_____
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE