```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-6025-EFS-1 |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION |
| | TO MODIFY CONDITIONS |
| DWAYNE BAEZ, | OF PRETRIAL RELEASE |
| Defendant. | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 279).

For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 279) is **GRANTED**. Defendant is authorized to be away from his residence from 9:00 PM to 12 PM on December 21, 2013 to attend his brother-in-law's wedding anniversary at the Eagles Lodge in Kennewick, WA. All other conditions of release remain in full effect.

The district court executive is directed to enter this order and provide copies to counsel and United States Probation Office.

DATED this 20th day of December, 2013.

                                s/James P. Hutton
                            JAMES P. HUTTON
                    UNITED STATES MAGISTRATE JUDGE

ORDER                                1