UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-12-6025-EFS-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER GRANTING MOTION |
| ) | TO MODIFY CONDITIONS |
| DWAYNE BAEZ, ) | OF PRETRIAL RELEASE |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 302). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 302) is **GRANTED**. Mr. Baez is permitted to attend a July 4th, 2014 celebration with his family. His curfew on July 4th, 2014 is extended until 12:30 a.m. on July 5, 2014. The district court executive is directed to enter this order and provide copies to counsel and United States Probation Office.

ORDER ~ 1

1  DATED this 27th day of June, 2014.

3             <u>s/James P. Hutton</u>
              JAMES P. HUTTON
4             UNITED STATES MAGISTRATE JUDGE