UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DWAYNE BAEZ,<br><br>            Defendant. | No. 2:12-CR-6025-EFS-1<br><br>ORDER GRANTING MOTION TO EXPEDITE; GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE; AND AMENDING ORDER SETTING CONDITIONS OF RELEASE<br>☒    Motions Granted<br>      **(ECF Nos. 332, 333)** |

Date of Motion hearing: 09/29/2014

      BEFORE THE COURT are Defendant's Motion to Modify Conditions of Release (ECF No. 332) and Motion to Expedite (ECF No. 33), which were heard with oral argument on September 29, 2014.  The Defendant requests the removal of the condition of radio frequency monitoring because of the health risks associated with this monitoring due to the Defendant's contagious illness.  The Government opposed the request (ECF No. 334).  The Court notes that the Defendant has been on release for over two years (since April 25, 2012) and has

ORDER - 1

been compliant with his conditions of release. For the reasons stated on the record and herein, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Expedite (ECF No. 333) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (ECF No. 332) is **GRANTED**.

3. The court's Order Setting Conditions of Release (ECF No. 15) as modified on April 17, 2014 (ECF No. 301) is amended to **terminate** the condition of radio frequency monitoring with a curfew (imposed on April 17, 2014).

The Court reminds the Defendant that he remains subject to all other conditions of release, including the condition of home detention as set forth in the Court's April 25, 2012 Order (ECF No. 15 at 6, l. 16-24).

The Clerk of the Court shall enter this Order and provide copies to counsel and U.S. Probation.

DATED September 29, 2014.

s/James P. Hutton<br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2